**No. 09-9853. Keith Leslie Jamerson, Petitioner v. California.**

560 U.S. 942, 130 S. Ct. 3358, 176 L. Ed. 2d 1251, 2010 U.S. LEXIS 4425, ■

June 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-9855. Allen R. King, Petitioner v. Alan Pacaro.**

560 U.S. 942, 130 S. Ct. 3359, 176 L. Ed. 2d 1251, 2010 U.S. LEXIS 4398.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9859. Hutson Burks, Petitioner v. Arkansas.**

560 U.S. 942, 130 S. Ct. 3359, 176 L. Ed. 2d 1251, 2010 U.S. LEXIS 4466.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 359 S.W.3d 402.

**No. 09-9860. Roy Lee Alex, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 942, 130 S. Ct. 3359, 176 L. Ed. 2d 1251, 2010 U.S. LEXIS 4416.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9865. Lorenzo C. Townsend, Petitioner v. Michigan.**

560 U.S. 942, 130 S. Ct. 3359, 176 L. Ed. 2d 1251, 2010 U.S. LEXIS 4397, ■

June 1, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 09-9874. Bennie Ray Rhodes, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 942, 130 S. Ct. 3359, 176 L. Ed. 2d 1251, 2010 U.S. LEXIS 4403.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9876. Christopher Daniel Benjamin, Petitioner v. California.**

560 U.S. 942, 130 S. Ct. 3360, 176 L. Ed. 2d 1251, 2010 U.S. LEXIS 4435.

June 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-9887. David Lee Salinas, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 942, 130 S. Ct. 3364, 176 L. Ed. 2d 1251, 2010 U.S. LEXIS 4445.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.